**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| (1) ADVANCED MICRO DEVICES, INC., a Delaware Corporation,<br>(2) ATI TECHNOLOGIES ULC, a Canadian unlimited liability company,<br><br>            Plaintiffs,<br><br>v.<br><br>1) LG ELECTRONICS, INC., a Korean entity,<br>(2) LG ELECTRONICS U.S.A., Inc., a Delaware entity,<br>(3) LG ELECTRONICS MOBILECOMM U.S.A., INC., a California entity,<br><br>            Defendants. | Case No. 3:14-cv-1012-SI<br><br>**[PROPOSED] ORDER ON STIPULATION REQUESTING RESCHEDULING OF JUNE 6, 2014 CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation Requesting Rescheduling of June 6, 2014 Case Management Conference (Dkt. #28),

**IT IS HEREBY ORDERED** that the initial Case Management Conference currently scheduled for June 6, 2014 will be rescheduled for ____July 11____, 2014 at 2:30 [a.m./p.m.] in Courtroom 10, 19th Floor, San Francisco.

Dated: ____4/7____, 2014       _____
                                SUSAN ILLSTON
                                United States District Judge

Case No. 3:14-cv-1012-SI               [PROPOSED] ORDER ON STIPULATION REQUESTING RESCHEDULING OF JUNE 6, 2014 CASE MANAGEMENT CONFERENCE