UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LG ELECTRONICS, INC., et al., <br><br> Defendants. | Case No. 3:14-cv-1012-SI <br><br> **[PROPOSED] ORDER ON STIPULATION REQUESTING RESCHEDULING OF JULY 11, 2014 CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation Requesting Rescheduling of July 11, 2014 Case Management Conference (Dkt. #32),

**IT IS HEREBY ORDERED** that the initial Case Management Conference currently scheduled for July 11, 2014 will be rescheduled for ___July 17___, 2014 at _3_:_00_ [a.m./(p.m.)] in Courtroom 10, 19th Floor, San Francisco.

Dated: ___6/2___, 2014                    _____
                                          SUSAN ILLSTON
                                          United States District Judge