**United States District Court**
For the Northern District of California

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ADVANCED MICRO DEVICES, INC., et al.,

    Plaintiffs,

v.

LG ELECTRONICS, INC., et al.,

    Defendants.

Case No. 3:14-cv-1012-SI

**[PROPOSED] ORDER ON STIPULATION REQUESTING RESCHEDULING OF JULY 11, 2014 CASE MANAGEMENT CONFERENCE**

Pursuant to the Stipulation Requesting Rescheduling of July 11, 2014 Case Management Conference (Dkt. #32),

**IT IS HEREBY ORDERED** that the initial Case Management Conference currently scheduled for July 11, 2014 will be rescheduled for July ~~17~~ 18, 2014 at 3:00 [a.m./**p.m.**] in Courtroom 10, 19th Floor, San Francisco.

Dated: 6/2, 2014

                                                        *Susan Illston*  
                                                        SUSAN ILLSTON  
                                                        United States District Judge