1  Kelly Hunsaker, Bar No. 168307
   Email: hunsaker@fr.com
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA  94063
   Tel:  (650) 839-5070
4  Fax:  (650) 839-5071

5  Michael J. McKeon (*pro hac vice*)
   Email: mckeon@fr.com
6  Christian Chu, Bar No. 218336
   Email: chu@fr.com
7  Richard A. Sterba (*pro hac vice*)
   Email: sterba@fr.com
8  FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
9  Washington, DC 20005
   Tel:  (202) 783-5070
10 Fax:  (202) 783-2331

11 Justin M. Barnes, Bar No. 217517
   Email: barnes@fr.com
12 Olga I. May, Bar No. 232012
   Email: omay@fr.com
13 FISH & RICHARDSON P.C.
   12390 El Camino Real
14 San Diego, CA 92130-2081
   Tel:  (858) 678-5070
15 Fax:  (858) 678-5099

16 Attorneys for Defendants-Counterclaimants
   LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., Inc., and
17 LG ELECTRONICS MOBILECOMM U.S.A., INC.

18                    **UNITED STATES DISTRICT COURT**

19            **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  (1) ADVANCED MICRO DEVICES, INC.<br>(2) ATI TECHNOLOGIES ULC, | Case No. 3:14-cv-1012-SI |
| 21 | **DECLARATION OF JUSTIN M. BARNES** |
| 22          Plaintiffs-Counterdefendants, | **IN SUPPORT OF DEFENDANTS LG ELECTRONICS, INC., LG** |
| 23      v. | **ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A.,** |
| 24  (1) LG ELECTRONICS, INC.,<br>(2) LG ELECTRONICS U.S.A., Inc., and | **INC.'S NOTICE OF MOTION AND MOTION FOR A STAY PENDING *INTER*** |
| 25  (3) LG ELECTRONICS MOBILECOMM U.S.A., INC., | ***PARTES* REVIEW OF THE PATENTS-IN-SUIT** |
| 26          Defendants-Counterclaimants. | DATE:  January 23, 2015<br>TIME:  9:00 a.m. |
| 27 | JUDGE:  Hon. Susan Illston<br>COURTROOM: 10 - 19th Floor |
| 28 | |

1

Case No. 3:14-cv-1012-SI

I, Justin M. Barnes, declare as follows:

1. I am an attorney in the law firm of Fish & Richardson P.C., counsel of record for Defendants-Counterclaimants LG Electronics, Inc. ("LGE"), LG Electronics U.S.A., Inc. ("LGEUS"), and LG Electronics Mobilecomm U.S.A., Inc. ("LGEMU") (collectively and individually "LG") in the above-captioned matter. I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 7,095,945, filed December 10, 2014.

3. Attached as Exhibit 2 is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 6,784,879, filed December 10, 2014.

4. Attached as Exhibit 3 is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 6,889,332, filed December 10, 2014.

5. Attached as Exhibit 4 is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 6,895,520, filed December 10, 2014.

6. Attached as Exhibit 5 is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 7,742,053, filed December 10, 2014.

7. Attached as Exhibit 6 is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 6,897,871, filed December 10, 2014.

8. Attached as Exhibit 7 is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 6,897,871, filed December 10, 2014.

9. Attached as Exhibit 8 is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 5,898,849, filed December 10, 2014.

10. Attached as Exhibit 9 is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 6,266,715, filed December 10, 2014.

11. Attached as Exhibit 10 is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 7,327,369, filed December 10, 2014.

1  12. Attached as Exhibit 11 is a true and correct copy of AIA Progress (as of December 4, 2014) – AIA Petition Dispositions, available at http://www.uspto.gov/ip/boards/bpai/stats/120414_aia_stat_graph.pdf (last accessed December 9, 2014).

13. Attached as Exhibit 12 is a true and correct copy of *Inter Partes* Review Petitions Terminated to Date (As of 10/16/2014), available at http://www.uspto.gov/ip/boards/bpai/stats/inter_partes_review_petitions_terminated_updated_20141016_.pdf (last accessed December 9, 2014).

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2014, in San Diego, California.

                                        /s/ *Justin M. Barnes*
                                        Justin M. Barnes