1  Kelly Hunsaker, Bar No. 168307
   Email: hunsaker@fr.com
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA  94063
   Tel:  (650) 839-5070
4  Fax: (650) 839-5071

5  Michael J. McKeon (*pro hac vice*)
   Email: mckeon@fr.com
6  Christian Chu, Bar No. 218336
   Email: chu@fr.com
7  Richard A. Sterba (*pro hac vice*)
   Email: sterba@fr.com
8  FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
9  Washington, DC 20005
   Tel:  (202) 783-5070
10 Fax: (202) 783-2331

11 Justin M. Barnes, Bar No. 217517
   Email: barnes@fr.com
12 Olga I. May, Bar No. 232012
   Email: omay@fr.com
13 FISH & RICHARDSON P.C.
   12390 El Camino Real
14 San Diego, CA 92130-2081
   Tel:  (858) 678-5070
15 Fax: (858) 678-5099

16 Attorneys for Defendants-Counterclaimants
   LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., Inc., and
17 LG ELECTRONICS MOBILECOMM U.S.A., INC.

18                          **UNITED STATES DISTRICT COURT**

19                   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  (1) ADVANCED MICRO DEVICES, INC.<br>     (2) ATI TECHNOLOGIES ULC, | Case No. 3:14-cv-1012-SI |
| 21 | |
| 22            Plaintiffs-Counterdefendants, | **DECLARATION OF JUSTIN M. BARNES IN SUPPORT OF DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR A STAY PENDING *INTER PARTES* REVIEW OF THE PATENTS-IN-SUIT** |
| 23        v. | |
| 24  (1) LG ELECTRONICS, INC.,<br>     (2) LG ELECTRONICS U.S.A., Inc., and<br>     (3) LG ELECTRONICS MOBILECOMM<br>25  U.S.A., INC., | |
| 26            Defendants-Counterclaimants. | DATE:    January 30, 2015<br>TIME:    9:00 a.m.<br>JUDGE:  Hon. Susan Illston<br>CRTRM: 10 - 19th Floor |
| 27 | |
| 28 | |

I, Justin M. Barnes, declare as follows:

1. I am an attorney in the law firm of Fish & Richardson P.C., counsel of record for Defendants-Counterclaimants LG Electronics, Inc. ("LGE"), LG Electronics U.S.A., Inc. ("LGEUS"), and LG Electronics Mobilecomm U.S.A., Inc. ("LGEMU") (collectively and individually "LG") in the above-captioned matter. I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 13 is a true and correct copy of U.S. Patent No. 8,296,076.

3. Attached as Exhibit 14 is a true and correct copy of U.S. Patent No. 8,318,430.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on January 7, 2015, in San Diego, California.

/s/ *Justin M. Barnes*
Justin M. Barnes