**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>Defendants. | Case No. 3:14-cv-1012-SI<br><br>[~~PROPOSED~~] ORDER ON STIPULATION REQUESTING RESCHEDULING OF FURTHER CASE MANAGEMENT CONFERENCE AND MOTION HEARING FROM JANUARY 30 TO FEBRUARY 13, 2015 |

Pursuant to the Stipulation Requesting Rescheduling of Further Case Management Conference and Motion Hearing From January 30 to February 13, 2015 (Dkt. #88),

**IT IS HEREBY ORDERED** that the motion currently scheduled for January 30, 2015 at 9:00 a.m. will be rescheduled for February 13, 2015 at 9:00 a.m. in Courtroom 10, 19th Floor, San Francisco, and the Further Case Management Conference currently scheduled for January 30, 2015 at 3:00 p.m. will be rescheduled for February 13, 2015 at 3:00 p.m. in the same location.

Dated: \_\_\_\_\_January 8\_\_\_\_\_, 2015

_____
SUSAN ILLSTON
United States District Judge