United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADVANCED MICRO DEVICES, INC., et al.,

        Plaintiffs,

   v.

LG ELECTRONICS, INC., et al.,

        Defendants.

Case No. 14-cv-01012-SI

**ORDER DIRECTING FILING OF JOINT STATUS REPORT**

On February 9, 2015, the Court granted defendants' motion to stay this action pending *inter partes* review. In its order granting the stay, the Court ordered that: "**The parties shall file a joint status report within seven days of the PTO issuing its decision on whether to institute the IPRs challenging the patents-in-suit, informing the Court of the PTO's decision. In addition, every 90 days the parties shall file a joint status report advising as to the status of the IPR proceeding.**"

The last status report was filed on July 17, 2015 - some six months ago. Thus all parties are in default of the Court's order. Accordingly, **IT IS HEREBY ORDERED that the parties file a Joint Status Report no later than January 22, 2016**, outlining the current status of the IPR proceedings and explaining why no Status Report was filed earlier.

**IT IS SO ORDERED**.

Dated: January 14, 2016

                                          *Susan Illston*
                                          SUSAN ILLSTON
                                          United States District Judge