UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-01012-SI<br><br>**ORDER LIFTING STAY AND SETTING FURTHER DEADLINES**<br><br>Re: Dkt. No. 106 |

The parties appeared before the Court on August 19, 2016 in consideration of plaintiffs' Advanced Micro Devices, Inc. and ATI Technologies ULC (collectively "AMD") motion for an order lifting the stay of this litigation. Dkt. No. 106. Defendant LG Electronics, Inc. ("LGE") opposed the motion. Dkt. No. 108. In consideration of the arguments presented, the Court hereby ORDERS that the present stay be lifted.

The following dates and deadlines will apply until further notice of the Court:

January 19, 2017 — Updated Joint Claim Construction and Prehearing Statement

February 2, 2017 — Opening Claim Construction Briefs

February 16, 2017 — Responsive Claim Construction Briefs

March 2, 2017 — Reply Claim Construction Briefs

March 8-9, 2017, 10:00am — Technology Tutorial and Claim Construction Hearing

**IT IS SO ORDERED**.

Dated: August 19, 2016

_____
SUSAN ILLSTON
United States District Judge