Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Advanced Micro Devices, Inc., et al.;

                Plaintiff(s),

     v.

LG Electronics, Inc., et al.;

                Defendant(s).

Case No: 3:14-cv-1012-SI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Christine Yun Sauer, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Advanced Micro Devices, Inc., in the above-entitled action. My local co-counsel in this case is Seth Northrop, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2440 W. El Camino Real, Suite 100 Mountain View, CA 94040 | 2440 W. El Camino Real, Suite 100 Mountain View, CA 94040 |
| MY TELEPHONE # OF RECORD: (650) 784-4002 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 784-4012 |
| MY EMAIL ADDRESS OF RECORD: CYunSauer@RobinsKaplan.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: SNorthrop@RobinsKaplan.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0391314.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/27/17

Christine Yun Sauer
APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christine Yun Sauer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/30/17

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                    *October 2012*

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

CHRISTINE SUE YUN SAUER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 29, 2010

Given under my hand and seal of this court on

January 13, 2017



Margaret Fuller Corneille
Office of Lawyer Registration

WILLIAM H. MANNING (*pro hac vice*)
Email: WManning@robinskaplan.com
AARON R. FAHRENKROG (*pro hac vice*)
Email: AFahrenkrog@robinskaplan.com
LOGAN J. DREW (*pro hac vice*)
Email: LDrew@robinskaplan.com
JOHN K. HARTING (*pro hac vice*)
Email: JHarting@robinskaplan.com
BRYAN J. MECHELL (*pro hac vice*)
Email: BMechell@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone:    612–349–8500
Facsimile:    612–339–4181

SETH A. NORTHROP, Bar No. 301229
Email: SNorthrop@robinskaplan.com
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Telephone:    650-784-4040
Facsimile:    650-784-4041

Attorneys for Plaintiffs
ADVANCED MICRO DEVICES, INC.
and ATI TECHNOLOGIES ULC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, Inc., et al.;<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.;<br><br>Defendants. | Case No.  3:14-cv-1012-SI<br><br>**DECLARATION OF CHRISTINE YUN SAUER IN SUPPORT OF APPLICATION OF ATTORNEY FOR PRO HAC VICE AND CERTIFICATE OF SERVICE** |

1     1.      I am an attorney for plaintiff, ADVANCED MICRO DEVICES, INC., in this

2  action.

3     2.      My business address is 2440 W. El Camino Real, Suite 100, Mountain View,

4  CA 94040.

5     3.      I have been residing in California for approximately 18 months.

6     4.      I took and passed the California State Bar February 2016 exam.

7     5.      I am registered with and have completed all required applications for

8  admissions to the State Bar of California and am only awaiting a final decision on the

9  Moral Character Application. I have been in contact with the Bar Admissions Office and

10  expect a decision soon.

11     6.      I am barred and have been in good standing in Minnesota since 2010.

12                                              By: /s/ *Christine Yun Sauer*
                                                    Christine Yun Sauer

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

2                                    CERTIFICATE OF SERVICE

3              I, Seth Northrop, hereby certify that on 1/27/2017, I electronically transmitted the

4       following to the Clerk's Office using the CM/ECF System for filing which will

5       automatically send an e-mail notification of such filing to the attorneys of record who

6       are registered CM/ECF users.

7                      1.  APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

8       (CIVIL LOCAL RULE 11-3).

9                      2.  DECLARATION OF CHRISTINE YUN SAUER IN SUPPORT OF

10      APPLICATION OF ATTORNEY FOR PRO HAC VICE AND CERTIFICATE OF

11      SERVICE

12      I declare the foregoing is true and correct.

13              Executed on 1/27 /2017, at Mountain View, CA.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

---

CERTIFICATE OF SERVICE

Case No.  3:14-cv-1012-SI

1    DATED: January   , 2017         Respectfully submitted,

2                             **ROBINS KAPLAN LLP**

3

4                             By:  /s/Seth Northrop

5                             WILLIAM H. MANNING (*pro hac vice*)
Email: WManning@robinskaplan.com

6                             AARON R. FAHRENKROG (*pro hac vice*)
Email: AFahrenkrog@robinskaplan.com

7                             LOGAN J. DREW (*pro hac vice*)
Email: LDrew@robinskaplan.com

8                             JOHN K. HARTING (*pro hac vice*)
Email: JHarting@robinskaplan.com

9                             BRYAN J. MECHELL (*pro hac vice*)
Email: BMechell@robinskaplan.com
**ROBINS KAPLAN LLP**

10                           2800 LaSalle Plaza
800 LaSalle Avenue

11                           Minneapolis, MN 55402–2015
Telephone:   612–349–8500

12                           Facsimile:    612–339–4181

13                           SETH A. NORTHROP, Bar No. 301229
Email: SNorthrop@robinskaplan.com

14                           **ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100

15                           Mountain View, CA 94040
Telephone:   650-784-4040

16                           Facsimile:    650-784-4041

17                           Attorneys for Plaintiffs
ADVANCED MICRO DEVICES, INC.

18                           and ATI TECHNOLOGIES ULC

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERICE

**CERTIFICATE OF SERVICE**

I, Seth Northrop, further hereby certify that on January 27, 2017, I served a copy

of the foregoing document upon the following counsel of record for LG Electronics, Inc.,

LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc., via e-mail:

Kelly Hunsaker, Bar No. 168307
Email: hunsaker@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070 / Fax: (650) 839-5071

Michael J. McKeon (*pro hac vice*)
Email: mckeon@fr.com
Christian Chu, Bar No. 218336
Email: chu@fr.com
Richard A. Sterba (*pro hac vice*)
Email: sterba@fr.com
R. Andrew Schwentker (*pro hac vice*)
Email: schwentker@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Tel: (202) 783-5070 / Fax: (202) 783-2331

Olga I. May, Bar No. 232012
Email: omay@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070 / Fax: (858) 678-5099

DATED: January 27, 2017                           By: /s/ *Seth Northrop*
                                                      Seth Northrop