UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 14-cv-01012-SI<br><br>**ORDER RE: MOTION FOR LEAVE TO BRING AND USE EQUIPMENT AND PROCEDURE FOR TUTORIAL AND CLAIM CONSTRUCTION HEARING**<br><br>Re: Dkt. No. 165 |

Pursuant to the parties' prior stipulation (Dkt. No. 159), the Court's Order on that stipulation (Dkt. No. 160), and the parties' continued agreement as referenced in Plaintiffs' Administrative Motion for Leave to Bring and Use Equipment and Materials at Claim Construction Tutorial and Hearing, and a Proposed Procedure for the Tutorial and Claim Construction Hearing (Dkt. No. 165),

**IT IS HEREBY ORDERED** that:

1. AMD may bring the following equipment to Courtroom 1, 17th Floor, as set forth herein:

   - Two 70-inch Sharp LED TVs with floor stands;
   - Two laptop computers to run presentations; and
   - Switches, amplifiers, power cords, adapters, and cabling necessary for TV installation.

   The parties will share this equipment and the cost of such equipment.

2. AMD may bring the two televisions and related equipment into Courtroom 1, 17th Floor, in the late afternoon or early evening of **March 15, 2017**, after conclusion of the Court's proceedings for the day. The parties' shared vendor, Dianna Case, will

coordinate with Courtroom Clerk Tracy Kasamoto regarding logistics. AMD will tear down and remove this equipment upon the conclusion of proceedings on **March 16, 2017**.

3. The screens will be positioned on the side of the courtroom opposite the jury box. If there are boxes in this location on March 16, 2017, AMD will make accommodations with counsel to move the boxes behind the television screens (or elsewhere, as needed).

4. The parties' outside vendor, Dianna Case, whose company and contact information are set forth below, will coordinate with the Deputy Clerk for access to the courtroom.

> Connect Litigation LLC
> 650 North Cannon Avenue
> Lansdale, PA 19446
> Phone: 866-851-4977
> Dianna.Case@connectlitigation.com

5. Commencing at 10:00 a.m. on March 16, 2017 and pursuant to the parties' agreement, each party will complete its respective tutorial presentation in one hour or less, for a total tutorial time of two hours or less.

6. Each party shall have up to ninety minutes to present its respective claim construction positions.

7. The parties shall present on a term-by-term basis, as opposed to a patent-by-patent basis. AMD shall present first on the terms of its patents; LG shall present first on the terms of its patents.

This order resolves Dkt. No. 165.

**IT IS SO ORDERED**.

Dated: March 13, 2017

_____
SUSAN ILLSTON
United States District Judge