UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>Defendants. | Case No. 14-cv-01012-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 14, 2017 at 3:30 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 27, 2018.

DESIGNATION OF EXPERTS: 9/21/18; REBUTTAL: 11/16/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 18, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 11, 2019;
    Opp. Due: January 25, 2019; Reply Due: February 1, 2019;
    and set for hearing no later than February 15, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 19, 2019 at 3:30 PM.

JURY TRIAL NO. 1 DATE: April 1, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

JURY TRIAL NO. 2 DATE: June 3, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

JURY TRIAL NO. 3 DATE: August 5, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL NO. 1 LENGTH is estimated to be eight (8) days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

LG's Pat. L.R. 3-4 production including, Source Code shall be completed by 10/31/17.

The Court ordered that at least every two weeks counsel (with authority to make decisions) must meet and confer regarding discovery.

By 11/30/17, counsel shall conduct two additional meetings with experts to discuss representative products for determining infringement, and shall file an initial stipulation as to the representative products.
On or before 5/17/18, plaintiff may file a request for an extension of the discovery cutoff deadline if there is a delay in production of third-party documents (including international documents).

The Court will conduct three trials in this case.
The first trial will focus on the Helms '332, Loyer '715 and Oh '863 patents. No determination was made as to which patents will be divided for trials No. 2 and No 3.

The parties have discussed participating in private mediation with Anthony Piazza.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 8/3/17

SUSAN ILLSTON
United States District Judge