UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-01012-SI<br><br>**ORDER DENYING MOTION FOR LEAVE TO SEEK RECONSIDERATION**<br><br>Re: Dkt. No. 237 |

On August 21, 2017, the Court denied non-party MSilicon Technology Corp.'s ("MSilicon's") motion to quash plaintiffs' deposition subpoena. Dkt. No. 236. MSilicon now seeks leave to file a motion for reconsideration of the Court's August 21, 2017 order. Mot. for Leave (Dkt. No. 237). In support of its motion, MSilicon offers the declaration of its President, Hsiaoshu Hsiung ("Hsiung"). Hsiung Decl. (Dkt. No. 237-1). In relevant part, Hsiung states that "MSilicon has investigated whether it is in possession, custody, and control of documents related to [certain MStar chips identified in plaintiffs' subpoena]. On the basis of MSilicon's investigation, I am informed and believe that MSilicon is not in possession, custody, and control of documents related to the chips identified . . . ." Hsiung Decl. ¶ 18. Hsiung also states that "MSilicon does not have access to documents or files related to *all* the functions, structures, and operations of *every* MStar Semiconductor, Inc. chip[,]" *id.* ¶ 13 (emphasis added), and that "[he] personally do[es] not have access to, or the ability to obtain access to, *all* of MStar Semiconductor, Inc.'s documents and records[,]" *id.* ¶ 16.

The Court finds that MSilicon has failed to demonstrate "a material difference in fact or law . . . from that which was presented to the Court before entry of the . . . order for which reconsideration is sought." N.D. Cal. Civil L.R. 7-9(b)(1). Although MSilicon may not have

answers to *all* of plaintiffs' questions, it is not required to. MSilicon likely has at least some useful information in response to many of plaintiffs' proposed topics. Accordingly, MSilicon's motion for leave to seek reconsideration is DENIED.

This order resolves Dkt. No. 237.

**IT IS SO ORDERED**.

Dated: August 23, 2017

SUSAN ILLSTON
United States District Judge