UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-01012-SI<br><br>**ORDER RE: APPLICATION FOR LETTER ROGATORY**<br><br>Re: Dkt. No. 242 |

Currently before the Court is plaintiff Advanced Micro Devices, Inc.'s application for a letter rogatory. Dkt. No. 242. Pursuant to 28 U.S.C. § 1781, AMD asks the Court to issue the proposed letter rogatory concerning the production of documents and deposition of a witness from MStar Semiconductor, Inc., a Taiwanese entity. *See* Dkt. Nos. 242-1, 242-2, 242-3, 242-4. As of the date of this order, the Court has not received any objections.

The Court hereby GRANTS AMD's application for the issuance of the proposed letter rogatory. The signed letter rogatory will be returned to counsel for translation and transmission to the appropriate Taiwanese court, as set out in AMD's application.

**IT IS SO ORDERED**.

Dated: September 8, 2017

                                                                                                                                                              */s/ Susan Illston*

                                                                SUSAN ILLSTON
                                                                United States District Judge