| | |
|---|---|
| WILLIAM H. MANNING (*pro hac vice*)<br>Email: WManning@robinskaplan.com<br>AARON R. FAHRENKROG (*pro hac vice*)<br>Email: AFahrenkrog@robinskaplan.com<br>LOGAN J. DREW (*pro hac vice*)<br>Email: LDrew@robinskaplan.com<br>BRYAN J. MECHELL (*pro hac vice*)<br>Email: BMechell@robinskaplan.com<br>JOHN K. HARTING (*pro hac vice*)<br>Email: JHarting@robinskaplan.com<br>**ROBINS KAPLAN LLP**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402–2015<br>Telephone:     612–349–8500<br>Facsimile:      612–339–4181<br><br>SETH A. NORTHROP, Bar No. 301229<br>Email: SNorthrop@robinskaplan.com<br>CHRISTINE YUN SAUER (*pro hac vice*)<br>Email: CYunSauer@robinskaplan.com<br>**ROBINS KAPLAN LLP**<br>2440 W El Camino Real, Suite 100<br>Mountain View, CA 94040<br>Telephone:     650-784-4040<br>Facsimile:      650-784-4041<br><br>Attorneys for Plaintiffs<br>ADVANCED MICRO DEVICES, INC.<br>and ATI TECHNOLOGIES ULC | MICHAEL J. McKEON (*pro hac vice*)<br>Email: mckeon@fr.com<br>CHRISTIAN CHU, Bar No. 218336<br>Email: chu@fr.com<br>SCOTT ELENGOLD (*pro hac vice*)<br>Email: elengold@fr.com<br>RICHARD A. STERBA (*pro hac vice*)<br>Email: sterba@fr.com<br>R. ANDREW SCHWENTKER (*pro hac vice*)<br>Email: schwentker@fr.com<br>**FISH & RICHARDSON P.C.**<br>The McPherson Building<br>901 15 Street, N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone:     202-783-5070<br>Facsimile:      202-783-2331<br><br>CHRISTOPHER S. MARCHESE, Bar No. 170239<br>Email: marchese@fr.com<br>OLGA I. MAY, Bar No. 232012<br>Email: omay@fr.com<br>**FISH & RICHARDSON P.C.**<br>12390 El Camino Real<br>San Diego, CA 92130-2081<br>Telephone:     858-678-5070<br>Facsimile:      858-678-5099<br><br>Attorneys for Defendants LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>             Defendants. | Case No. 3:14-cv-1012-SI<br><br>**JOINT STIPULATED MOTION FOR DISMISSAL** |

|   |   |
|---|---|
| 1 | Plaintiffs Advanced Micro Devices and ATI Technologies ULC (collectively, "AMD") and Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc., (collectively, "LG"), by and through their respective counsel hereby stipulate and agree as follows: |

    1.    AMD has agreed to dismiss with prejudice all of its claims and counterclaims against LG in this lawsuit, and LG has likewise agreed to dismiss with prejudice all of its claims and counterclaims against AMD in the lawsuit.

    2.    AMD and LG therefore request that the Court dismiss with prejudice any and all claims and counterclaims AMD asserted in this lawsuit against LG and dismiss with prejudice any and all claims and counterclaims LG asserted in this lawsuit against AMD, with each party to bear its own costs and expenses incurred in or related to those claims and counterclaims in this lawsuit.

Respectfully submitted,

DATED: October 16, 2017  **ROBINS KAPLAN LLP**

By: /s/ William H. Manning

WILLIAM H. MANNING (*pro hac vice*)
Email: WManning@robinskaplan.com
AARON R. FAHRENKROG (*pro hac vice*)
Email: AFahrenkrog@robinskaplan.com
LOGAN J. DREW (*pro hac vice*)
Email: LDrew@robinskaplan.com
BRYAN J. MECHELL (*pro hac vice*)
Email: BMechell@robinskaplan.com
JOHN K. HARTING (*pro hac vice*)
Email: JHarting@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone: 612–349–8500
Facsimile: 612–339–4181

SETH A. NORTHROP, Bar No. 301229
Email: SNorthrop@robinskaplan.com
CHRISTINE YUN SAUER (*pro hac vice*)
Email: CYunSauer@robinskaplan.com
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: 650-784-4040
Facsimile: 650-784-4041

Attorneys for Plaintiffs
ADVANCED MICRO DEVICES, INC.
and ATI TECHNOLOGIES ULC

| | | |
|---|---|---|
| 1 | DATED: October 16, 2017 | By: /s/ Michael J. McKeon |
| 2 | | |
| 3 | | MICHAEL J. McKEON (*pro hac vice*) |
| | | Email: mckeon@fr.com |
| 4 | | CHRISTIAN CHU, Bar No. 218336 |
| 5 | | Email: chu@fr.com |
| | | RICHARD A. STERBA (*pro hac vice*) |
| 6 | | Email: sterba@fr.com |
| | | SCOTT ELENGOLD (*pro hac vice*) |
| 7 | | Email: elengold@fr.com |
| 8 | | R. ANDREW SCHWENTKER (*pro hac vice*) |
| | | Email: schwentker@fr.com |
| 9 | | **FISH & RICHARDSON P.C.** |
| 10 | | The McPherson Building |
| | | 901 15 Street, N.W., 7th Floor |
| 11 | | Washington, D.C. 20005 |
| | | Telephone:   202-783-5070 |
| 12 | | Facsimile:   202-783-2331 |
| 13 | | |
| | | CHRISTOPHER S. MARCHESE, Bar No. 170239 |
| 14 | | Email: marchese@fr.com |
| 15 | | OLGA I. MAY, Bar No. 232012 |
| | | Email: omay@fr.com |
| 16 | | **FISH & RICHARDSON P.C.** |
| 17 | | 12390 El Camino Real |
| | | San Diego, CA 92130-2081 |
| 18 | | Telephone:  858-678-5070 |
| | | Facsimile:  858-678-5099 |
| 19 | | |
| 20 | | Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc. |
| 21 | | |
| 22 | | |
| 23 | | *Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LG ELECTRONICS, INC., et al., <br><br> Defendants. | Case No. 3:14-cv-1012-SI <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL |

Pursuant to the Joint Stipulated Motion for Dismissal, filed jointly by Plaintiffs Advanced Micro Devices and ATI Technologies ULC (collectively, "AMD") and Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc., (collectively, "LG"), and the representations by the parties made therein,

**IT IS HEREBY ORDERED** that:

1. Any and all claims and counterclaims AMD asserted against LG in this lawsuit are dismissed with prejudice.

2. Any and all claims and counterclaims LG asserted against AMD in this lawsuit are dismissed with prejudice.

3. AMD and LG shall bear their own costs and expenses incurred in or related to this lawsuit.

**IT IS SO ORDERED.**

Dated: 10/16/17



Honorable Susan Illston
United States District Judge